IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLAYTON LEWIS LAWSON CLELAND,<br><br>Defendant. | CR 21-32-BU-DLC<br><br><br><br>ORDER |

The Court has been informed that the United States Marshal is unable to transport Defendant to Missoula for his initial appearance and arraignment on November 1, 2021. Accordingly,

IT IS ORDERED that Defendant's initial appearance and arraignment are reset for November 8, 2021, at 1: 30 p.m. at the Russell Smith Courthouse.

IT IS FURTHER ORDERED that the Clerk of this Court issue a Writ of Habeas Corpus (For Prosecution) directing the Director of the Montana Department of Corrections, the United States Marshal for the District of Montana, and the Director of the NEXUS Treatment Center to produce **CLAYTON LEWIS LAWSON CLELAND**, before the Court at the Magistrate Judge's Courtroom in Missoula, Montana, at 1:30 p.m. on November 8, 2021, and **CLAYTON LEWIS**

1

**LAWSON CLELAND** to stay in federal custody until Judgment in this cause is issued. **CLAYTON LEWIS LAWSON CLELAND** shall then be returned to the custody of the Director, Montana Department of Corrections.

DATED this 26th day of October, 2021.

*Kathleen DeSoto*
Kathleen L. DeSoto
United States Magistrate Judge